**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2019**

---

MARK A. WESKER,

        Plaintiff - Appellant,

    v.

SELECT PORTFOLIO SERVICING, INC.; ONSLOW BAY FINANCIAL LLC,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:21-cv-03012-JRR)

---

Submitted:  September 2, 2025                          Decided:  September 12, 2025

---

Before WILKINSON, NIEMEYER, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:**  Mark A. Wesker, Reisterstown, Maryland, Appellant Pro Se.  Daniel A. Glass, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Mark A. Wesker appeals the district court's orders denying his motion to extend the discovery deadline and granting summary judgment to Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wesker v. Select Portfolio Servicing, Inc.*, No. 1:21-cv-03012-JRR (D. Md., Sept. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*